1
2
3
4
5                                                    O
6                                                JS - 6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  DANIEL LOPEZ,                ) Case No. CV 13-07440 DDP (FFMx)
                                 )
12            Plaintiff,         ) **ORDER OF DEFAULT JUDGMENT.**
                                 )
13       v.                      ) [Dkt. 14]
                                 )
14  DAL Y. LEE; YOUNG SONG CHA,  )
                                 )
15            Defendants.        )
    _____ )
16
17       Upon review of the court files, the application for default
18  judgment, the declarations submitted in support of the default
19  judgment, and the evidence presented having been fully considered,
20  it is hereby ordered and adjudged that plaintiff Daniel Lopez shall
21  have JUDGMENT in his favor in the amount of $ 6,395.00 against
22  Defendants Dal Y. Lee and Young Song Cha.
23       Additionally, Defendants Dal Y. Lee and Young Song Cha are
24  ordered to provide a handicap-accessible path of travel in front of
25  the payment window at the property located at or about 106 North
26  ///
27  ///
28  ///

Long Beach Blvd., Compton, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

IT IS SO ORDERED.

Dated: September 8, 2014

                                          DEAN D. PREGERSON
                                          United States District Judge